# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 19cr5157-MMA-2 |
| Plaintiff, | **ORDER AND JUDGMENT OF DISMISSAL** |
| v. | |
| MARIA MOLINA-LEON (2), | |
| Defendant. | |

Upon the government's motion, good cause appearing, the Court **DISMISSES** the Indictment as to Defendant Maria Molina-Leon without prejudice.

**IT IS SO ORDERED AND ADJUDGED**.

DATED: April 6, 2020

_____
HON. MICHAEL M. ANELLO
United States District Judge