FILED

2020 APR 27 P 12: 17

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 19cr5157-MMA-2 |
| Plaintiff, | **ORDER AND JUDGMENT OF DISMISSAL** |
| v. | |
| MARIA MOLINA-LEON (2), | |
| Defendant. | |

91823.298

Upon the government's motion, good cause appearing, the Court **DISMISSES** the Indictment as to Defendant Maria Molina-Leon without prejudice.

**IT IS SO ORDERED AND ADJUDGED.**

DATED: April 6, 2020

_____
HON. MICHAEL M. ANELLO
United States District Judge

I have executed within Dismissal
Judgement and Commitment on 4/21/20
United States Marshal
By: _____
USMS Criminal Section